1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JENNIFER N. GASPAR (CABN 266726)
   Special Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3680
7  Facsimile:  (510) 637-3724
   E-mail:  jennifer.gaspar@usdoj.gov
8

9  Attorneys for the United States

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION    4 - 1 1 - 7 0 4 8 9

14

15  UNITED STATES OF AMERICA,          )    CRIMINAL NO.
                                       )
16       Plaintiff,                    )
                                       )    NOTICE OF PROCEEDINGS ON
17       v.                            )    OUT-OF-DISTRICT CRIMINAL
                                       )    CHARGES PURSUANT TO RULES
18  DONALD MOORE,                      )    5(c)(2) AND (3) OF THE FEDERAL
                                       )    RULES OF CRIMINAL PROCEDURE
19                                     )
         Defendant.                    )
20  ─────────────────────────────────  )

21       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

22  Procedure that on April 28, 2011, the above-named defendant was arrested based upon an arrest

23  warrant (copy attached) issued upon an

    ■ Indictment
24  ☐ Information
    ☐ Criminal Complaint
25  ☐ Other (describe) _____

26  pending in the Eastern District of California, Case Number 2:08-CR-00235-MCE.

27       In that case, the defendant is charged with a violation of Title 21, United States Code,

28  Sections 846 and 841(a)(1).


                                       1

1  Description of Violation:

2  COUNT ONE: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to

3  distribute Cocaine Base.

4  COUNT TWO: 21 U.S.C. § 841(a)(1) - Conspiracy to Distribute and Possess with Intent to

5  Distribute MDMA; 5-methozy-N,Ndiisopropyltryptamine; and Ketamine.

6  COUNT SIX: 21 U.S.C. § 841(a)(1) - Distribution of MDMA; 5-methozy-

7  N,Ndiisopropyltryptamine; and Ketamine.

8  COUNT SEVEN: 21 U.S.C. § 841(a)(1) - Distribution of 5-methozy-N,Ndiisopropyltryptamine.

9  Penalty:

10  COUNT ONE:
   Mandatory Minimum10 Years Imprisonment
11  Maximum Life Imprisonment
   $4,000,000 Fine
12  5 Years Term Supervised Release

13  COUNT TWO:
   20 Years Imprisonment
14  $1,000,000 Fine
   3 Years Term Supervised Release

15  
   COUNT SIX:
16  20 Years Imprisonment
   $1,000,000 Fine, or Both
17  5 Years Term Supervised Release

18  COUNT SEVEN:
   20 Years Imprisonment
19  $1,000,000 Fine, or Both
   5 Years Term Supervised Release

20  

21                           Respectfully Submitted,

22                           MELINDA HAAG
                           UNITED STATES ATTORNEY

23  

24  Date: April 29, 2011.
                           JENNIFER N. GASPAR
25                           Special Assistant United States Attorney

26  

27  

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

1487718

2008 MAY 23  AM 9: 35

USA,

v.

**DONALD – MOORE ,**

**AMENDED**
**WARRANT FOR ARREST**

Case Number: **2:08–CR–00235–MCE**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Donald – Moore ,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment     ☐ Information     ☐ Violation Petition     ☐ Other     _____

charging him or her with (brief description of offense)

**Conspiracy to Distribute and Possess with Intent to Distribute MDMA;**
**5–methoxy–N,Ndiisopropyltryptamine; and Ketamine**

in violation of Title  **21** _____     United States Code, Section(s)   **841(a)(1)** _____

| | |
|---|---|
| L. Reader | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| | 5/23/08          Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **$ NO BAIL** _____     by     **Magistrate Judge Gregory G. Hollows** _____

---

### RETURN

This warrant was received and executed with the arrest of the above–named defendant _____

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770



FILED

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  2 0 8 - CR - - 2 3 5 MCE

11  UNITED STATES OF AMERICA,    )   CR. NO.
                                 )
12             Plaintiff,        )   VIOLATIONS: 21 U.S.C. §§ 846,
                                 )   841(a)(1) - Conspiracy to
13     v.                        )   Distribute and Possess with Intent
                                 )   to Distribute Cocaine Base;
14  SHATOYA AUSTIN,              )   21 U.S.C. §§ 846, 841(a)(1) -
    RALPH DIXON, and             )   Conspiracy to Distribute and
15  DONALD MOORE,                )   Possess with Intent to Distribute
                                 )   MDMA; 5-methoxy-
16             Defendants.       )   N,Ndiisopropyltryptamine; and
                                 )   Ketamine; 21 U.S.C. § 841(a)(1) -
17                               )   Distribution of Cocaine Base
                                 )   (3 counts); 21 U.S.C. § 841(a)(1)
18                               )   - Distribution of MDMA; 5-methoxy-
                                 )   N,Ndiisopropyltryptamine; and
19                               )   Ketamine; 21 U.S.C. § 841(a)(1) -
                                 )   Distribution of 5-Methoxy-
20                               )   N,Ndiisopropyltryptamine
                                 )
21  _____)

22                  I N D I C T M E N T

23  COUNT ONE:   [21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute
                 and Possess with Intent to Distribute Cocaine Base]

24

25       The Grand Jury charges:  T H A T

26                  SHATOYA AUSTIN, and
                       RALPH DIXON,

27  defendants herein, beginning at a time unknown to the Grand Jury,

28  but no later than on or about January 15, 2008, and continuing

1

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____Deputy Clerk
Dated_____

1 | thereafter to on or about March 31, 2008, in the State and Eastern

2 | District of California, and elsewhere did knowingly and

3 | intentionally conspire with each other and with persons known and

4 | unknown to the Grand Jury, to distribute and to possess with the

5 | intent to distribute at least fifty grams of a mixture and substance

6 | containing a detectable amount of a form of cocaine base, known as

7 | crack cocaine, a Schedule II controlled substance, in violation of

8 | Title 21, United States Code, Sections 846 and 841(a)(1).

9 | COUNT TWO:   [21 U.S.C. § 841(a)(1) - Conspiracy to Distribute and
                 Possess with Intent to Distribute MDMA; 5-methoxy-
10 |                N,Ndiisopropyltryptamine; and Ketamine]

11 |    The Grand Jury further charges: T H A T

12 |                SHATOYA AUSTÍN, and
                    DONALD MOORE,
13 |

14 | defendants herein, beginning at a time unknown to the Grand Jury,

15 | but no later than on or about February 19, 2008, and continuing

16 | thereafter to on or about March 5, 2008, in the State and Eastern

17 | District of California, and elsewhere did knowingly and

18 | intentionally conspire with each other and with persons known and

19 | unknown to the Grand Jury, to distribute and to possess with the

20 | intent to distribute controlled substances, to wit, 3,4-

21 | methylenedioxy-methamphetamine (MDMA), a Schedule I controlled

22 | substance; 5-methoxy-N,Ndiisopropyltryptamine, a Schedule I

23 | controlled substance; and ketamine, a Schedule III controlled

24 | substance, in violation of Title 21, United States Code, Sections

25 | 846 and 841(a)(1).

26 | ///

27 | ///

28 | ///

2

1  COUNT THREE: [21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base]

2      The Grand Jury further charges: T H A T

3                  SHATOYA AUSTIN, and
                   RALPH DIXON,
4

5  defendants herein, on or about January 15, 2008, in the State and

6  Eastern District of California, did knowingly and intentionally

7  distribute at least five grams of a mixture and substance containing

8  a detectable amount of a form of cocaine base, known as crack

9  cocaine, a Schedule II controlled substance, in violation of Title

10  21, United States Code, Section 841(a)(1).

11  COUNT FOUR:  [21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base]

12      The Grand Jury further charges: T H A T

13                  SHATOYA AUSTIN, and
                   RALPH DIXON,
14

15  defendants herein, on or about January 30, 2008, in the State and

16  Eastern District of California, did knowingly and intentionally

17  distribute at least five grams of a mixture and substance containing

18  a detectable amount of a form of cocaine base, known as crack

19  cocaine, a Schedule II controlled substance, in violation of Title

20  21, United States Code, Section 841(a)(1).

21  COUNT FIVE: [21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base]

22      The Grand Jury further charges: T H A T

23                  RALPH DIXON,

24  defendant herein, on or about March 7, 2008, in the State and

25  Eastern District of California, did knowingly and intentionally

26  distribute at least fifty grams of a mixture and substance

27  containing a detectable amount of a form of cocaine base, known as

28  crack cocaine, a Schedule II controlled substance, in violation of

                               3

1 | Title 21, United States Code, Section 841(a)(1).

2 |     COUNT SIX: [21 U.S.C. § 841(a)(1) - Distribution of MDMA; 5-methoxy-N,Ndiisopropyltryptamine; and Ketamine]

3 |

4 |     The Grand Jury further charges: T H A T

5 |                 SHATOYA AUSTIN, and
                DONALD MOORE,

6 | defendant herein, on or about February 29, 2008, in the State and

7 | Eastern District of California, did knowingly and intentionally

8 | distribute 3,4-methylenedioxy-methamphetamine (MDMA), a Schedule I

9 | controlled substance; 5-methoxy-N,Ndiisopropyltryptamine, a Schedule

10 | I controlled substance; and ketamine, a Schedule III controlled

11 | substance, in violation of Title 21, United States Code, Section

12 | 841(a)(1).

13 | COUNT SEVEN: [21 U.S.C. § 841(a)(1) - Distribution of 5-methoxy-N,Ndiisopropyltryptamine]

14 |

15 |     The Grand Jury further charges: T H A T

16 |                 DONALD MOORE,

17 | defendant herein, on or about March 5, 2008 in the State and Eastern

18 | District of California, did knowingly and intentionally distribute

19 | 5-methoxy-N,Ndiisopropyltryptamine, a Schedule I controlled

20 | substance, in violation of Title 21, United States Code, Section

21 | 841(a)(1).

22 |

23 |                         A TRUE BILL.

24 |                         /s/ Signature on file w/AUSA

25 |                         FOREPERSON

26 |

27 | McGREGOR W. SCOTT
United States Attorney

28 |

No. _____

2: 0.8 - cr - 2 3 5 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### SHATOYA AUSTIN,
### RALPH DIXON, and
### DONALD MOORE

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base; 21 U.S.C. § 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute MDMA; 5-methoxy-N, Ndiisopropyltryptamine; and Ketamine; 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base (3 Counts); 21 U.S.C. § 841(a)(1) - Distribution of MDMA; 5-methoxy-N,Ndiisopropyltryptamine; and Ketamine; 21 U.S.C. § 841(a)(1) - Distribution of 5-Methoxy-N,Ndiisopropyltryptamine

*A true bill,*

_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

*Bail, $* _____ **NO PROCESS NECESSARY** — Austin

**NO BAIL WARRANT** — Dixon, Moore

## GREGORY G. HOLLOWS

GPO 863 525

# PENALTY SLIP

**SHATOYA AUSTIN:** Counts 1, 2, 3, 4, and 6

**RALPH DIXON:** Counts 1, 3, 4, and 5

**DONALD MOORE:** Counts 2, 6, and 7

| COUNT 1 | 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base | PENALTY | Mandatory Min.: 10 years Max: Life NMT: $4 million dollars fine, or Both At Least 5 Years TSR |
|---|---|---|---|
| COUNT 2 | 21 U.S.C. § 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute MDMA; 5-methoxy-N,Ndiisopropyltryptamine; and Ketamine | PENALTY | Up To 20 Years NMT: $1 million dollars fine, or Both 3 Years TSR |
| COUNTS 3 - 4 | 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base | PENALTY | Mandatory Min.: 5 Years NMT: 40 Years NMT: $2 million dollars 4 Years TSR |
| COUNT 5 | 21 U.S.C. § 841(a)(1) - Distribution of Cocaine Base | PENALTY | Mandatory Min.: 10 years Max: Life NMT: $4 million dollars fine, or Both At Least 5 Years TSR |
| COUNT 6 | 21 U.S.C. § 841(a)(1) - Distribution of MDMA; 5-methoxy-N; Ndiisopropyltryptamine; and Ketamine | PENALTY | Up To 20 Years NMT: $1 million dollars fine, or Both 3 Years TSR |
| COUNT 7 | 21 U.S.C. § 841(a)(1) - Distribution of 5-methoxy-N,Ndiisopropyltryptamine | PENALTY | Up To 20 Years NMT: $1 million dollars fine, or Both 3 Years TSR |
| **SPECIAL ASSESSMENT:** | $100.00 for each count | | |

AO 257(Rev. 5/2003)  `0 0 - CR - - 2 3 5 MCE [... ]`                                          PER 18 U.S.C 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

**BY** ☐

☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING INFORMATION  ☐ SUPERSEDING

MAG 08-0167 GGH

| OFFENSE CHARGED | |
|---|---|
| -Conspiracy to Distribute and Possess with Intent to Distribute 3,4-methylenedioxy- methamphetamine (MDMA), 5-methoxy-N,Ndiisopropyltryptamine, ketamine | ___ Petty |
| | ___ Minor |
| | ___ Misdemeanor |
| -Distribution of 3,4- methylenedioxy-methamphetamine (MDMA), 5-methoxy-N Ndiisopropyltryptamine, and Ketamine | ☒ Felony |
| -Possession with Intent to Distribute Methamphetamine | |

| Place of Offense: | San Joaquin |
|---|---|

USC Citations:
21 U.S.C. § 841(a)(1;
21 U.S.C. § 841(a)(1);
21 U.S.C. § 841(a)(1)

**Name of District Court, and/or Judge Magistrate Location (city)**

EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

**DEFENDANT – U.S. vs.**

**DONALD MOORE**

Address {    9429 Westmore Court
Stockton, CA

| Birth Date | 6/17/1977 | ☒ Male   ☐ Female | ☐ Alien (if applicable) |
|---|---|---|---|

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐                    DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y   ☐ Defense   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO. 08-0167 GGH

Name and Office of Person Furnishing Information on

| THIS FORM | SA Brittany Ziesman-Hicks 916-416-5610 |
|---|---|
| | ☐ U.S. Att'y   ☒ Other U.S. Agency |

| Name of Asst. U.S. Att'y (if assigned) | HEIKO P. COPPOLA |
|---|---|

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction   ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

| Has detainer been filed? | ☐ Yes | If "Yes" give date |
|---|---|---|
| | ☐ No | |

| DATE OF ARREST ▶ | Mo.   Day   Year |
|---|---|

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ▶ | Mo.   Day   Year |
|---|---|

☐ This report amends AO 257 previously submitted

---

***ADDITIONAL INFORMATION OR COMMENTS***

BENCH WARRANT DETENTION/BAIL TO BE DETERMINED AT INITIAL APPEARANCE